

**ORDERED in the Southern District of Florida on September 16, 2016.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re: | CASE NO. 16-21064-BKC-RAM |
|  | CHAPTER 7 |
| ORLANDO FILGUEIRA CORRALES, |  |
|  |  |
| Debtor. |  |

**ORDER APPROVING REAFFIRMATION AGREEMENT**

The Reaffirmation Agreement ("Agreement") between the Debtor and World Omni Financial Corporation [DE# 14], indicates a presumption of hardship requiring an Order approving the Agreement. Since the Agreement was signed by Debtor's counsel who checked the box stating that in counsel's opinion, the

Debtor is able to make the required payment, the Court finds that the Agreement should be approved. Therefore, it is -

**ORDERED** that the Debtor's Reaffirmation Agreement with World Omni Financial Corporation is **APPROVED**.

###

COPIES TO:

Orlando Filgueira Corrales
115 W. 28th Street, #1
Hialeah, FL  33010

World Omni Financial Corp.
P.O. Box 991817
Mobile, AL  33691-8817

Ricardo Corona, Esq.