

**ORDERED in the Southern District of Florida on September 19, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| In re: | CASE NO.  16-21064-BKC-RAM |
|  | CHAPTER  7 |
| ORLANDO FILGUEIRA CORRALES, |  |
| Debtor. |  |

### ORDER APPROVING REAFFIRMATION AGREEMENT

The Reaffirmation Agreement between the Debtor and Bank of America [DE# 15], was signed by Debtor's counsel, but indicates a presumption of hardship. After review of the Agreement, the Court finds that the Debtor has provided a sufficient explanation of how the Debtor will be able to pay the reaffirmed debt. Therefore, it is -

**ORDERED** that the Debtor's Reaffirmation Agreement with Bank of America, N.A., is **APPROVED**.

###

COPIES TO:

Orlando Filgueira Corrales
115 W. 28th Street, #1
Hialeah, FL  33010

Bank of America, N.A.
Attn:  Reaffirmation Dept.
TX8-04-02-02
16001 N. Dallas Parkway
Addison, TX  75001

Ricardo Corona, Esq.